UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――

NYU Langone Hospitals,

                Plaintiffs,

    v.

Aetna Health, Inc., on behalf of Itself and its affiliates,

                Defendants.

―――――――――――――――――――――――――――――

24 Civ. 4384 (PKC)

ORDER

―――――――――――――――――――――――――――――

NYU Langone Hospitals,

                Plaintiffs,

    v.

UnitedHealthcare Insurance Company, et al.,

                Defendants.

―――――――――――――――――――――――――――――

24 Civ. 4803 (PKC)

ORDER

CASTEL, United States District Judge.

        The time for all defendants in 24 cv 4384 (PKC) and 24 cv 4803 (PKC) to respond to the complaints is extended to July 15, 2024.  The initial conference in both actions will be held on July 29, 2024 at noon.  The call-in information for all teleconferences is:

        <u>Dial-in</u>:      1-888-363-4749

        <u>Access Code</u>:   3667981

        SO ORDERED.

                                                                      P. Kevin Castel
                                                       United States District Judge

Dated: New York, New York
         July 1, 2024