UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

NYU LANGONE HOSPITALS,

                                                                                                       24 Civ. 4803 (PKC)

                     Plaintiffs,

        -against-

UNITEDHEALTHCARE, INSURANCE COMPANY, et al.,

                     Defendants.

-----------------------------------------------------------x

NYU LANGONE HOSPITALS,

                     Plaintiff,

                                                                                   24-cv-4384 (PKC)

        -against-                                                              ORDER

AETNA HEALTH, INC.,

                     Defendant.

-----------------------------------------------------------x

CASTEL, U.S.D.J.

        All discovery and proceedings in the above captioned actions are stayed pending further Order of this Court.

        NYU Langone shall reply to defendants' memoranda of September 20, 2024 (24-cv-4384, ECF 29; 24 Civ. 4803, ECF 30) by October 14, 2024.

- 2 -

The Court will hear oral argument on the issue of subject matter jurisdiction on October 31, 2024 at 3:30 p.m.

SO ORDERED.

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Dated: New York, New York
       October 2, 2024