UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NYU LANGONE HOSPITALS,                                            24 Civ. 4803 (PKC)

        Plaintiffs,

   -against-

UNITEDHEALTHCARE, INSURANCE COMPANY, et al.,                      ORDER

        Defendants.
-----------------------------------------------------------x
NYU LANGONE HOSPITALS,

        Plaintiff,

                                                                                                           24-cv-4384 (PKC)

   -against-

AETNA HEALTH, INC.,

        Defendant.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

        There is no video conference of tomorrow's argument.  Anyone wishing to listen may dial in as follows:   Call-In: 855-244-8681; Access Code: 2305 810 3970#.

        Attention is called to Local Rule 1.8 that prohibits the recording or transmission of any proceeding.

        SO ORDERED.

                                                                                           *P. Kevin Castel*
                                                                          United States District Judge

Dated: New York, New York
       January 14, 2025